**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X
HAMZA RAMZAN, individually and on behalf
of all others similarly situated,

                      Plaintiff,

  -against-                                19 **CIVIL** 9154 (LAK)

## JUDGMENT

GDS HOLDINGS LIMITED, WILLIAM WEI
HUANG, and DANIEL NEWMAN,

                      Defendants.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion dated April 7, 2020, defendants' motion to dismiss is granted.

**Dated:** New York, New York

     April 9, 2020

                                              **RUBY J. KRAJICK**
                                              _____
                                                Clerk of Court
               **BY:**
                                                  _____
                                                **Deputy Clerk**